**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**ELVIA RAMIREZ CHILEL**               **CIVIL ACTION NO. 26-1943**

**VERSUS**                             **JUDGE DONALD E. WALTER**

**TODD BLANCHE, ET AL**                **MAGISTRATE JUDGE WHITEHURST**

<u>**JUDGMENT**</u>

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the response to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition is **DENIED and DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** in chambers this 10th day of August, 2026.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE